IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PHYSICIANS RELIANCE ASSOCIATION, INC., By and Through Its Chapter 7 Trustee, JAMES R. MARSHALL<br>Plaintiff, | ) Case No.: 1:05-MC-151-ML-LDA |
| v. | ) |
| DANNY E. HUMBYRD, M.D.,<br>Defendant. | ) |

LINE OF SATISFACTION OF JUDGMENT

CLERK OF THE COURT

PLEASE MARK the Judgment entered against the above named Defendant in the above-captioned case as "PAID AND SATISFIED"

Respectfully submitted,

Jerry L. Sewell, Assignee of
Physicians Reliance Association, Inc.
834 Inman Village Pkwy, NE
Suite 220
Atlanta, GA 30307

411 UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Jerry L. Sewell, Assignee of Physicians Reliance Association, Inc. ~~By and Through Its Chapter 7 Trustee~~ James R. Marshall §

*versus* §

Danny E. Humbyrd, M.D. §

CIVIL ACTION NUMBER

MISC 05 -151ML

## ABSTRACT OF JUDGMENT

| | |
|---|---|
| Date Judgment Entered: | 1/28/2004 |
| Judgment in Favor of: | Jerry L. Sewell |
| Judgment Against: | Danny E. Humbyrd, M.D. |
| Amount of Judgment: | $ 5088.14 |
| Amount of Costs: | $ |
| Rate of Interest: | 1.22% |
| Amount of Credits Since Judgment: | $ |
| Amount Due: | $ 5088.14 |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the District of Rhode Island, in the above-captioned case.

, Clerk

DATED: 11-17-05 By: [signature]
Deputy Clerk